

**LAURA A. CAVARETTA**
BOARD CERTIFIED, CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**CAVARETTA, KATONA & FRANCIS, PLLC**

CAVARETTAL@CKF-LAW.COM
T: 210-588-2901
F: 210-588-2908

2015 MAR 12 PM 12: 01

March 12, 2015

Bexar County Clerk
Bexar County Courthouse
300 Dolorosa
San Antonio, Tx 78205

ATTN: Appeals/Clerk's Record

RE:    Cause No. 385685; *Theresa L. Espinoza v Bexar County Hospital District d/b/a University Health System;* In the County Court at Law No. 10, Bexar County, Texas; BCHD # 2011-26; Our File No. 3815-251

Dear Clerk:

On March 12, 2015, a Notice of Appeal was filed to perfect an interlocutory appeal of the Order denying Motion to Dismiss signed by Judge Karen Crouch on February 27, 2015. A copy of the Order which is the subject of the appeal is attached. This appeal is taken to the Fourth Court of Appeals.

In connection with this appeal, I ask that you prepare a Clerk's Record to include the following documents (and all documents or exhibits attached thereto):

Plaintiff's Original Petition;
Bexar County Hospital District d/b/a University Health System's Special Exceptions and Original Answer filed on May 24, 2013;
Bexar County Hospital District d/b/a University Health System's Motion to Dismiss accepted for filing on November 14, 2014;
Plaintiff's Response to Defendant's Motion to Dismiss filed on December 15, 2014;
Plaintiff's 4590i Section 13.01(g) Motion filed on December 18, 2014;
Order denying Motion to Dismiss signed on February 27, 2015;
Notice of Appeal;
A copy of this Letter.

Please contact my office so that arrangements can be made for payment of any fees incurred in connection with the preparation and filing of the Clerk's Record. Should you have any questions, I can be reached at 210-588-2901. Thank you for your attention to this matter.

**SCANNED**
Date: _____
Initials: _____

Sincerely,

Laura A. Cavaretta

xc:    Ms. Karen McMurry *(via e-mail)*
       Rick Sarabia via fax 822-4595

**ONE RIVERWALK PLACE        700 N. ST. MARY'S ST., STE. 1500        SAN ANTONIO, TEXAS 78205**

ILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR

2015 FEB 27 PM 2: 45

CAUSE NO 385685

THERESA L. ESPINOZA      §      IN THE COUNTY COURT

     §

VS.      §      AT LAW NUMBER 10

     §

BEXAR COUNTY HOSPITAL DISTRICT      §

d/b/a UNIVERSITY HEALTH SYSTEM      §      BEXAR COUNTY, TEXAS

## ORDER

On the 18th day of December, 2014 came on to be heard Defendant UNIVERSITY HEALTH SYSTEM's Motion to Dismiss. All parties appeared by and through their attorney of record and the Court, after reviewing the pleadings and hearing argument of counsel is of the opinion that Defendant's Motion to Dismiss should, in all things be denied.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss of Defendant, University Health System is hereby DENIED.

Signed this 27 day of Feb. , 2015

*Karen Crouch*

JUDGE PRESIDING

APPROVED AS TO FORM:

**CAVARETTA, KATONA& FRANCIS, PLLC**
One Riverwalk Place
700 No. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 588-2901
Facsimile: (210) 588-2908
E-Mail: francisr@ckf-law.com

**RICHARD N. FRANCIS, JR.**
State Bar No. 07359800

**The Law Office of Ed Goldner, PC**
1616 San Pedro Ave.
San Antonio, Texas 78212
Telephone: (210) 923-1234
Facsimile: (210) 785-2498


RICHARD SARABIA
State Bar No. 17648100